Stephen B. Morris (SBN 126192)
Mark C. Hinkley (SBN 138759)
**MORRIS and ASSOCIATES**
444 West C Street, Suite 300
San Diego, California 92101
Tel: (619) 239-1300
Fax: (619) 234-3672
morris@sandiegolegal.com

**Walter Haines (SBN 71075)**
**UNITED EMPLOYEES' LAW GROUP, P.C.**
**65 Pine Avenue, #312**
**Long Beach, CA 90802**
**Tel: (877) 696-8378**

Attorneys for Plaintiffs

FILED
AUG 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOM, an individual on behalf of himself and JUSTIN KELLEY, an individual, on behalf of himself, and on behalf of all persons similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> DHL EXPRESS (USA), INC., an Ohio corporation conducting business in the State of California, and Does 1 to 10. <br><br> Defendants. | CASE NO. <br> CV 08 3756 <br><br> **NOTICE OF INTERESTED PARTIES** <br><br> **CLASS ACTION** |

Pursuant to Civil Local Rule 3-17, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 30, 2008

MORRIS AND ASSOCIATES

_____
STEPHEN B. MORRIS
Attorneys for Plaintiffs

Hom, et al. v. DHL                1                Notice of Interested Parties