| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| MORRIS & ASSOCIATES<br>STEPHEN B. MORRIS, 126192<br>444 WEST C STREET STE. 300<br>SAN DIEGO, CA 92101 | (619) 239-1300 | |
| ATTORNEY FOR (Name): | Ref. No. or File No.<br>JENNA/DHL | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
450 GOLDEN GATE #1111
SAN FRANCISCO, CA 94102

PLAINTIFF:
HOM

DEFENDANT:
DHL EXPRESS

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 08-03756 JL |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
# DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

SUMMONS IN A CIVIL ACTION;COMPLAIN;CIVIL COVER SHEET;NOTICE OF INTERESTED PARTIES;ECF REGISTRATION INFORMATION HANDOUT;NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;ORDER SETTING INITIAL CASE MANGEMENT CONFERENCE AND ADR DEADLINES; U.S. DISTICT COURT S.F. HANDOUT

ON: DHL EXPRESS (USA), INC., AN OHIO CORPORATION CONDUCTING BUSINESS IN THE STATE OF CALIFORNIA

AT 818 WEST SEVENTH ST
LOS ANGELES, CA 90017

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
MARGARET WILSON, - AGENT FOR SERVICE OF PROCESS

ON: 08/19/2008
AT: 12:10 pm

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: $52.50
Registered California process server.
County: LOS ANGELES
Registration No.: 3859
Diversified Legal Services, Inc.
4665 Park Blvd
San Diego, CA 92116
6192608224

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **August 22, 2008** at **SAN DIEGO**, California.

Signature: _____
KURT WISE 092939

**PROOF OF SERVICE**

Order#: 092939/GProof39