```
 1  R. BRIAN DIXON, Bar No. 076247
    LAURA E. HAYWARD, Bar. No. 204014
 2  LITTLER MENDELSON
    A Professional Corporation
 3  650 California Street, 20th Floor
    San Francisco, CA 94108.2693
 4  Telephone:   415.433.1940

 5  Attorneys for Defendant
    DHL EXPRESS (USA) INC.
 6
    STEPHEN B. MORRIS, Bar No. 126192
 7  MORRIS AND ASSOCIATES
    444 West C Street, Suite 300
 8  San Diego, CA 92101
    Telephone:   619.239.1300
 9
    WALTER HAINES, Bar No. 71075
10  UNITED EMPLOYEES LAW GROUP, P.C.
    65 Pine Avenue #312
11  Long Beach, CA 90802
    Telephone:   877.696.8378
12
    Attorneys for Plaintiffs
13
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOM, an individual on behalf of himself and JUSTIN KELLEY, an individual on behalf of himself and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DHL EXPRESS (USA), INC., an Ohio corporation conducting business in the State of California, and DOES 1 through 10,<br><br>Defendants. | Case No. CV-08-3756 JL<br><br>**JOINT CASE MANAGEMENT STATEMENT AND ~~PROPOSED~~ ORDER**<br><br>Date: March 18, 2009<br>Time: 10:30 a.m.<br>Judge: James Larson |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT CASE MANAGEMENT
STATEMENT AND PROPOSED ORDER

Case No. CV 08-3756 JL

As requested by the Court, Plaintiffs Richard Hom and Justin Kelley ("Plaintiffs") and Defendant DHL Express (USA) Inc., ("Defendant") (the "Parties") submit this updated Joint Case Management Statement in preparation for the case management conference to be held on March 18, 2009 at 10:30 a.m. before Judge James Larson.

The parties are currently engaging in informal discovery in the context of settlement negotiations in an attempt to determine whether the scope of the action may be narrowed. Additionally, the parties have tentatively agreed to do initial written discovery and one round of depositions (two named Plaintiffs, and one or two managers) in advance of participating in a private mediation over the next several months.

The parties hereby request that the case management conference set for March 18, 2009 be vacated and re-set in approximately ninety days in the event that mediation is unsuccessful. At that time, the parties will be prepared to set the date for the class certification hearing, if necessary. The Case Management Conference shall be continued to June 17, 2009 at 10:30 a.m.

Dated: March 5, 2009

_____
LAURA E. HAYWARD
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
DHL EXPRESS (USA) INC.

Dated: March 5, 2009

_____
STEPHEN B. MORRIS
MORRIS AND ASSOCIATES
Attorneys for Plaintiffs

Firmwide:86823488.1 047975.1038

March 11, 2009

IT IS SO ORDERED
Judge James Larson

JOINT CASE MANAGEMENT
STATEMENT AND PROPOSED ORDER      1.      Case No. CV 08-3756 JL