1  Stephen B. Morris (SBN 126192)
   **MORRIS and ASSOCIATES**
2  444 West C Street, Suite 300
   San Diego, California 92101
3  Telephone: (619) 239-1300
   Facsimile: (619) 234-3672
4
   Walter Haines, Esq. (CSB #71075)
5  **UNITED EMPLOYEES LAW GROUP**
   65 Pine Ave, #312
6  Long Beach, California 90802
   Telephone: (877) 696-8378
7  Facsimile: (562) 256-1006

8  **Attorneys for Plaintiffs**

9  R. Brian Dixon
   Laura E. Hayward
10 **LITTLER MENDELSON, APC**
   650 California Street, 20th Floor
11 San Francisco, California 94108-2693
   Telephone: (415) 433-1940
12 Facsimile: (415) 399-8490

13 **Attorneys for Defendant**

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOM, an individual on behalf of himself and JUSTIN KELLEY, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DHL EXPRESS (USA), INC., an Ohio corporation conducting business in the State of California, and Does 1 to 10.<br><br>Defendants. | CASE NO. C 08-03756 JL<br><br>**STIPULATION AND ORDER TO DISMISS THE FIRST CAUSE OF ACTION (FLSA)**<br><br><u>**CLASS ACTION**</u> |

This Stipulation and Order to Dismiss the First Cause of Action (FLSA) is entered into by Plaintiffs, RICHARD HOM and JUSTIN KELLEY, individuals on

---

Hom, et al. v. DHL Express (USA), Inc.      Stipulation to Dismiss 1st Cause of Action

behalf of themselves, and on behalf of all persons similarly situated and Defendant, DHL EXPRESS (USA), INC. through their respective counsel of record.

Discovery has revealed that the Defendant has substantial defenses to Plaintiff's FLSA claims, therefore, it would not be efficient to pursue a Fair Labor Standards Act claim on behalf of the class. The parties stipulate to the dismissal of the First Cause of Action, the Fair Labor Standards Act claim and Plaintiff filing a First Amended Complaint.

IT IS SO AGREED.

Dated: May 13, 2009        MORRIS AND ASSOCIATES

*Stephen B. Morris*
STEPHEN B. MORRIS
Attorneys for Class Plaintiffs

Dated: May 13, 2009        LITTLER MENDELSON, APC

*Laura E. Hayward*
LAURA E. HAYWARD
Attorneys for Defendant

IT IS SO ORDERED.

Dated: May 15, 2009

*James Larson*
Honorable James Larson

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|
| TITLE OF CASE (Abbreviated): **HOM, et al. v. DHL EXPRESS (USA), INC.** | |

| ATTORNEY(S) NAME AND ADDRESS<br>Stephen B. Morris<br>**MORRIS and ASSOCIATES**<br>444 West C Street, Suite 300<br>San Diego, CA 92101 | TELEPHONE<br><br>(619) 239-1300 |
|---|---|

| ATTORNEY(S) FOR:<br>Plaintiff | HEARING: DATE-TIME-DEPT | CASE NUMBER:<br>C 08-03756 JL |
|---|---|---|

## DECLARATION OF SERVICE BY MAIL

I, Jenna Sarinas, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to the action. I am employed in the County of San Diego, California, within which county the subject service occurred. My business address is 444 West C Street, Suite 300, San Diego, California 92101. I am readily familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service and with serving documents via facsimile. I served an original and/or a true and correct copy of the following documents:

1. **STIPULATION AND ORDER TO DISMISS THE FIRST CAUSE OF ACTION (FLSA)**

X     BY U.S. MAIL: I placed a copy of each of the above-listed documents in an envelope addressed to each addressee respectively named as follows and sealed each envelope and placed them for collection and mailing to each addressee and by email, on May 14, 2009.

**Attorneys for Defendant:**
R. Brian Dixon
Laura E. Hayward
LITTLER MENDELSON, APC
650 California Street, 20th Floor
San Francisco, CA 94108-2693

I certify under penalty of perjury that the foregoing is true and correct pursuant to the laws of the State of California. Executed on May 14, 2009 at San Diego, California.

_____
Jenna Sarinas