1  Stephen B. Morris (SBN 126192)
   MORRIS and ASSOCIATES
2  444 West C Street, Suite 300
   San Diego, California 92101
3  (619) 239-1300

4
   Walter Haines, Esq. (CSB #71075)
5  UNITED EMPLOYEES LAW GROUP
   65 Pine Ave, #312
6  Long Beach, California 90802
   Telephone:(877) 696-8378
7  Facsimile: (562) 256-1006

8
   Attorneys for Plaintiffs
9

10               UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13 RICHARD HOM, an individual on            )   CASE NO. C 08-03756 JL
   behalf of himself and JUSTIN             )
14 KELLEY, an individual, on behalf of      )   Magistrate James Larson
   himself, and on behalf of all persons    )   Courtroom: F, 15th Floor
15 similarly situated,                      )
                                            )   **REQUEST FOR A TELEPHONIC**
16          Plaintiff,                      )   **APPEARANCE**
                                            )
17 vs.                                      )
                                            )
18 DHL EXPRESS (USA), INC., an Ohio         )
   corporation conducting business in the   )
19 State of California, and Does 1 to 10.   )
                                            )
20          Defendants.                     )
                                            )
21 _____

22
        I, Stephen B. Morris respectfully request a telephonic appearance on
23
   June 17, 2009 for the 10:30 a.m. Case Management Conference.
24

25
   DATED:    June 4, 2009                      MORRIS and ASSOCIATES
26

27                                              By:  _Stephen Morris_____
                                                    STEPHEN B. MORRIS
28                                                  Attorneys for Plaintiffs

*IT IS SO ORDERED*
*/s/ James Larson*
*Judge James Larson*

---
Hom, et al. v. DHL                           1                    Rqst for tele.appearance

| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | FOR COURT USE ONLY |
|---|---|---|
| TITLE OF CASE (Abbreviated): **HOM, et al. v. DHL EXPRESS (USA), INC.** | | |
| ATTORNEY(S) NAME AND ADDRESS<br>Stephen B. Morris<br>**MORRIS and ASSOCIATES**<br>444 West C Street, Suite 300<br>San Diego, CA 92101 | TELEPHONE<br><br>(619) 239-1300 | |
| ATTORNEY(S) FOR:<br>Plaintiff | HEARING: DATE-TIME-DEPT | CASE NUMBER:<br>C 08-03756 JL |

## DECLARATION OF SERVICE BY MAIL

I, Jenna Sarinas, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to the action. I am employed in the County of San Diego, California, within which county the subject service occurred. My business address is 444 West C Street, Suite 300, San Diego, California 92101. I am readily familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service and with serving documents via facsimile. I served an original and/or a true and correct copy of the following documents:

1. **REQUEST FOR A TELEPHONIC APPEARANCE**

X   BY U.S. MAIL: I placed a copy of each of the above-listed documents in an envelope addressed to each addressee respectively named as follows and sealed each envelope and placed them for collection and mailing to each addressee and by fax, on June 4, 2009.

**Attorneys for Defendant:**
R. Brian Dixon
Laura E. Hayward
LITTLER MENDELSON, APC
650 California Street, 20th Floor
San Francisco, CA 94108-2693
Fax: (415) 399-8490

I certify under penalty of perjury that the foregoing is true and correct pursuant to the laws of the State of California. Executed on June 4, 2009 at San Diego, California.

_____
Jenna Sarinas

PROOF OF SERVICE BY MAIL