1  Stephen B. Morris (SBN 126192)
   **MORRIS and ASSOCIATES**
2  444 West C Street, Suite 300
   San Diego, California 92101
3  (619) 239-1300

4  Walter Haines, Esq. (CSB #71075)
   **UNITED EMPLOYEES LAW GROUP**
5  65 Pine Ave, #312
   Long Beach, California 90802
6  Telephone:(877) 696-8378
   Facsimile:  (562) 256-1006

7
   Attorneys for Plaintiffs
8
   R. Brian Dixon, Bar No. 076247
9  Laura E. Hayward, Bar No. 204014
   **LITTLER MENDELSON, APC**
10 650 California Street, 20th Floor
   San Francisco, CA 94108
11 Telephone: (415) 433-1940

12 Attorneys for Defendant

13
                **UNITED STATES DISTRICT COURT**
14
                **NORTHERN DISTRICT OF CALIFORNIA**
15

16
   RICHARD HOM, an individual on        )  CASE NO. C 08-03756 JL
17 behalf of himself and JUSTIN         )
   KELLEY, an individual, on behalf of  )  Magistrate James Larson
18 himself, and on behalf of all persons )  Courtroom: F, 15th Floor
   similarly situated,                  )
19                                       )  UPDATED JOINT CASE
              Plaintiff,                 )  MANAGEMENT STATEMENT
20                                       )
   vs.                                   )  Date:     June 17, 2009
21                                       )  Time:     10:30 a.m.
   DHL EXPRESS (USA), INC., an Ohio     )
22 corporation conducting business in the )
   State of California, and Does 1 to 10. )
23                                       )
              Defendants.                )
24 _____   )

25

26

27

28

---

Hom, et al. v. DHL                    1                    Jnt Case Management Statement

IT IS SO ORDERED

Judge James Larson

1    As requested by the Court, Plaintiffs Richard Hom and Justin Kelley

2  ("Plaintiffs") and Defendant DHL Express (USA) Inc., ("Defendant") ("the

3  Parties") submit this updated Joint Case Management Statement in preparation for

4  the Case Management conference to be held on June 17, 2009 at 10:30 a.m. before

5  Judge James Larson.

6

7    To date the parties have engaged in informal and formal written discovery.

8  The parties have four depositions (two named Plaintiffs, and two managers) set for

9  early July. The parties have a private mediation set for August 6, 2009 before

10  Michael Loeb of JAMS. Therefore the parties request that the Court vacate the

11  June 17, 2009 Case Management Conference date and re-set a conference ~~for late~~

12  ~~in August 2009~~ to ascertain whether the parties have been able to resolve the

13  matter. The Case Management Conference has been continued to September 16, 2009 at

14        10:30 a.m.

15

16

17  DATED:   June 8, 2009              MORRIS and ASSOCIATES

18

19                                    By:   _____
                                            STEPHEN B. MORRIS
20                                          Attorneys for Plaintiffs

21  DATED:   June 8, 2009              LITTLER MENDELSON, APC

22

23                                    By:   _____
                                            LAURA E. HAYWARD
24                                          R. BRIAN DIXON
                                            Attorneys for Defendant
25

26

27

28