Stephen B. Morris (SBN 126192)
**MORRIS and ASSOCIATES**
444 West C Street, Suite 300
San Diego, California 92101
(619) 239-1300

Walter Haines, Esq. (CSB #71075)
**UNITED EMPLOYEES LAW GROUP**
65 Pine Ave, #312
Long Beach, California 90802
Telephone:(877) 696-8378
Facsimile: (562) 256-1006

Attorneys for Plaintiffs

R. Brian Dixon, Bar No. 076247
Laura E. Hayward, Bar No. 204014
**LITTLER MENDELSON, APC**
650 California Street, 20th Floor
San Francisco, CA 94108
Telephone: (415) 433-1940

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOM, an individual on behalf of himself and JUSTIN KELLEY, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DHL EXPRESS (USA), INC., an Ohio corporation conducting business in the State of California, and Does 1 to 10.<br><br>Defendants. | CASE NO. C 08-03756 JL<br><br>Magistrate James Larson<br>Courtroom: F, 15th Floor<br><br>STIPULATION AND ORDER RESCHEDULING FURTHER CASE MANAGEMENT CONFERENCE<br><br>Date: November 4, 2009<br>Time: 10:30 a.m. |

The parties to the within action by their respective counsel of record hereby stipulate, and request the Court to vacate the Case Management Conference currently scheduled for September 16, 2009 to November 4, 2009 at 10:30 a.m.

---

Hom, et al. v. DHL     1     Stipulation and Order

1  The parties have settled this matter and need additional time to prepare their
2  Motion for Preliminary Approval of Class Action Settlement.

4  DATED: September 9th, 2009          MORRIS and ASSOCIATES

6                                       By: _____
                                             STEPHEN B. MORRIS
7                                            Attorneys for Plaintiffs

10 DATED: September __, 2009           LITTLER MENDELSON, APC

12                                       By: _____
                                             LAURA E. HAYWARD
13                                           R. BRIAN DIXON
                                             Attorneys for Defendant

16  **IT IS SO ORDERED:**

18 DATED: September 10, 2009           _____
                                       Honorable James Larson