Stephen B. Morris (SBN 126192)
**MORRIS and ASSOCIATES**
444 West C Street, Suite 300
San Diego, California 92101
(619) 239-1300

Walter Haines, Esq. (CSB #71075)
**UNITED EMPLOYEES LAW GROUP**
65 Pine Ave, #312
Long Beach, California 90802
Telephone:(877) 696-8378
Facsimile:  (562) 256-1006

Attorneys for Plaintiffs

R. Brian Dixon, Bar No. 076247
Laura E. Hayward, Bar No. 204014
**LITTLER MENDELSON, APC**
650 California Street, 20th Floor
San Francisco, CA 94108
Telephone: (415) 433-1940

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOM, an individual on behalf of himself and JUSTIN KELLEY, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>   Plaintiff,<br><br>vs.<br><br>DHL EXPRESS (USA), INC., an Ohio corporation conducting business in the State of California, and Does 1 to 10.<br><br>   Defendants. | CASE NO. C 08-03756 JL<br><br>Magistrate James Larson<br>Courtroom: F, 15th Floor<br><br>JOINT STIPULATION AND ORDER RESCHEDULING FINAL APPROVAL HEARING |

The parties to the within action by their respective counsel of record hereby stipulate, and request the Court to change the Final Approval Hearing currently scheduled for April 14, 2010 to February 24, 2010 at 9:30 a.m.

---

DATED:    December 4, 2009                MORRIS and ASSOCIATES

                                          By: _____
                                              STEPHEN B. MORRIS
                                              Attorneys for Plaintiffs


DATED:    December 4, 2009                LITTLER MENDELSON, APC

                                          By: _____
                                              LAURA E. HAYWARD
                                              R. BRIAN DIXON
                                              Attorneys for Defendant


**IT IS SO ORDERED:**


DATED:   12/11/09                         _____
                                          Honorable James Larson