| | |
|---|---|
| 1 | Stephen B. Morris (SBN 126192)<br>**MORRIS and ASSOCIATES** |
| 2 | 444 West C Street, Suite 300<br>San Diego, California 92101 |
| 3 | (619) 239-1300 |
| 4 | Walter Haines, Esq. (CSB #71075)<br>**UNITED EMPLOYEES LAW GROUP** |
| 5 | 65 Pine Ave, #312<br>Long Beach, California 90802 |
| 6 | Telephone:(877) 696-8378<br>Facsimile: (562) 256-1006 |
| 7 | |
| 8 | Attorneys for Plaintiffs |
| 9 | R. Brian Dixon, Bar No. 076247<br>Laura E. Hayward, Bar No. 204014<br>**LITTLER MENDELSON, APC** |
| 10 | 650 California Street, 20th Floor<br>San Francisco, CA 94108 |
| 11 | Telephone: (415) 433-1940 |
| 12 | Attorneys for Defendant |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOM, an individual on behalf of himself and JUSTIN KELLEY, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DHL EXPRESS (USA), INC., an Ohio corporation conducting business in the State of California, and Does 1 to 10.<br><br>Defendants. | CASE NO. C 08-03756 JL<br><br>Magistrate James Larson<br>Courtroom: F, 15th Floor<br><br>AMENDED JOINT STIPULATION AND ORDER RESCHEDULING FINAL APPROVAL HEARING |

The parties to the within action by their respective counsel of record hereby stipulate, and request the Court to change the Final Approval Hearing ~~currently~~ originally scheduled for April 14, 2010, moved by a prior stipulation to February 24, 2010,

---

Hom, et al. v. DHL        1        Stipulation and Order

1 | back to April 14, 2010 at 9:30 a.m. The parties mistakenly believed that the
2 | February 24, 2010 date would provide ample time for all obligations under the
3 | Class Settlement to be carried out, which it does not.

6 | DATED: December 17, 2009         MORRIS and ASSOCIATES

8 |                          By: _____
  |                              STEPHEN B. MORRIS
  |                              Attorneys for Plaintiffs

11 | DATED: December 7, 2009         LITTLER MENDELSON, APC

13 |                          By: _____
14 |                              LAURA E. HAYWARD
  |                              R. BRIAN DIXON
15 |                              Attorneys for Defendant

17 | **IT IS SO ORDERED:**

19 | DATED:
20 |                              _____
  |                              Honorable James Larson

---

Hom, et al. v. DHL | 2 | Stipulation and Order