# EXHIBIT 1



*Stephen B. Morris, APC*

*Morris and Associates*
*444 W. "C" Street, Suite 300*
*San Diego, CA 92101*
*Phone: (619) 239.1300*
*Fax: (619) 234.3672*
*morris@sandiegolegal.com*

December 17, 2009

**VIA CERTIFIED MAIL**

California Labor & Workforce Development Agency
801 K Street, Suite 2101
Sacramento, CA 95814

      Re:   DHL Express (USA), Inc., c/o Littler Mendelson, APC, 650 California Street, 20th
           Floor, San Francisco, CA 94108-2693
           Violations of IWC Wage Orders and Labor Code, including sections 201-203,
           226, 226.7, 510, 512, 1194, 1198

Dear Sir or Madam:

      This law firm represents Richard Hom and Justin Kelley, former employees of DHL
Express (USA), Inc., who are represented by Littler Mendelson, APC in a lawsuit currently
pending in the United States District Court, Northern District of California entitled *Hom, et al. v.
DHL Express (USA), Inc.*, Case Number C 08-03756 JL.

      In compliance with Labor Code § 2699.3(a) (1), and your agency's right to investigate
these violations, this letter shall serve as notice that we are preparing to enforce our clients' right
to recover earned, but unpaid wages; our client's right to obtain accurate and complete wage
statements and our intent to assert all relevant penalties under the Labor Code including but not
limited to §§ 203, 210, 226(f) and 1174.5.

      Our clients assert that they did not receive compensation for all the hours they worked
including overtime hours worked in that they worked in excess of eight (8) hours per day and
forty (40) hours/week on a regular basis (violation of Labor Code §§ 1194, 1198 and 510).
Furthermore our clients were not permitted meal and rest breaks as mandated by law during the
course of the employment relationship. (Violation of Labor Code §§ 226.7 and 512). Finally, our
clients assert they did not receive accurate and complete wage statements, despite the fact that
such statements were requested. (Violation of Labor Code § 1174 and 226(a))

California Labor & Workforce Development Agency
December 17, 2009
Page 2


     Pending a full investigation, any later discovered violations may be added which we intend to enforce in accordance with the Labor Code Private Attorneys General Act of 2004, Labor Code §§ 2698-2699.5.

     In view of the duties imposed on your agency and this office by the statutes cited above, we have sought and obtained leave of the Court to amend our existing Complaint in this matter.

     Sincerely,

     Stephen B. Morris

cc:    DHL Express (USA), Inc., c/o Littler Mendelson, APC (Per LC § 2699.3, via Certified Mail)