Stephen B. Morris (SBN 126192)
**MORRIS and ASSOCIATES**
444 West C Street, Suite 300
San Diego, California 92101
(619) 239-1300

Walter Haines, Esq. (CSB #71075)
**UNITED EMPLOYEES LAW GROUP**
65 Pine Ave, #312
Long Beach, California 90802
Telephone:(877) 696-8378
Facsimile: (562) 256-1006

Attorneys for Plaintiffs

R. Brian Dixon, Bar No. 076247
Laura E. Hayward, Bar No. 204014
**LITTLER MENDELSON, APC**
650 California Street, 20th Floor
San Francisco, CA 94108
Telephone: (415) 433-1940

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOM, an individual on behalf of himself and JUSTIN KELLEY, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DHL EXPRESS (USA), INC., an Ohio corporation conducting business in the State of California, and Does 1 to 10.<br><br>Defendants. | CASE NO. C 08-03756 JL<br><br>Magistrate James Larson<br>Courtroom: F, 15th Floor<br><br>AMENDED JOINT STIPULATION AND ORDER RESCHEDULING FINAL APPROVAL HEARING |

The parties to the within action by their respective counsel of record hereby stipulate, and request the Court to change the Final Approval Hearing originally [~~currently~~] scheduled for April 14, 2010, moved by a prior stipulation to February 24, 2010,

---

Hom, et al. v. DHL  1  Stipulation and Order

back to April 14, 2010 at 9:30 a.m.  The parties mistakenly believed that the February 24, 2010 date would provide ample time for all obligations under the Class Settlement to be carried out, which it does not.

DATED:  December 17, 2009

MORRIS and ASSOCIATES

By: _____
STEPHEN B. MORRIS
Attorneys for Plaintiffs

DATED:  December 17, 2009

LITTLER MENDELSON, APC

By: _____
LAURA E. HAYWARD
R. BRIAN DIXON
Attorneys for Defendant

**IT IS SO ORDERED:**

DATED:  December 17, 2009

_____
Honorable James Larson