1   R. BRIAN DIXON, Bar No. 076247
    LAURA E. HAYWARD, Bar. No. 204014
2   LITTLER MENDELSON
    A Professional Corporation
3   650 California Street, 20th Floor
    San Francisco, CA 94108.2693
4   Telephone:    415.433.1940

5   Attorneys for Defendant
    DHL EXPRESS (USA) INC.
6
    STEPHEN B. MORRIS, Bar No. 126192
7   MORRIS AND ASSOCIATES
    444 West C Street, Suite 300
8   San Diego, CA 92101
    Telephone:    619.239.1300
9
    WALTER HAINES, Bar No. 71075
10  UNITED EMPLOYEES LAW GROUP, P.C.
    65 Pine Avenue #312
11  Long Beach, CA 90802
    Telephone:    877.696.8378
12
    Attorneys for Plaintiffs
13

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16  RICHARD HOM, an individual on behalf        Case No. CV-08-3756 JL
    of himself and JUSTIN KELLEY, an
17  individual on behalf of himself and on      **STIPULATION AND ~~PROPOSED~~ ORDER
    behalf of all persons similarly situated,   VACATING CASE MANAGEMENT
18                                              CONFERENCE**

19              Plaintiffs,                      Date:    January 20, 2010
                                                Time:    10:30 a.m.
20          v.

21  DHL EXPRESS (USA), INC., an Ohio
    corporation conducting business in the
22  State of California, and DOES 1 through
    10,
23
                Defendants.
24

25

26

27

28

---

**STIPULATION AND ORDER VACATING CASE
MANAGEMENT CONFERENCE**                              Case No. CV-08-3756 JL

1    Plaintiffs Richard Hom and Justin Kelley ("Plaintiffs") and Defendant DHL Express

2  (USA) Inc., ("Defendant") (the "Parties") submit this Stipulation and Proposed Order Vacating Case

3  Management Conference set for January 20, 2010 at 10:30 a.m. before Judge James Larson.

4    The Court has approved the parties Joint Motion for Preliminary Approval of Class

5  Action Settlement and has set a final approval hearing for April 14, 2010 at 9:30 a.m.  The parties

6  are currently carrying out their respective duties under the settlement agreement and do not believe a

7  case management conference is necessary at this time.  As a result, the parties hereby request that the

8  case management conference set for January 20, 2010 be vacated.

9
   Dated: January 13, 2010
10

11                                        _Stephen Morris_____
                                          STEPHEN B. MORRIS
12                                        MORRIS AND ASSOCIATES
                                          Attorneys for Plaintiffs
13

14
   Dated: January 13, 2010
15

16                                        _____
                                          R. BRIAN DIXON
17                                        LAURA E. HAYWARD
                                          LITTLER MENDELSON
18                                        A Professional Corporation
                                          Attorneys for Defendant
19                                        DHL EXPRESS (USA) INC.

20

21        IT IS SO ORDERED.

22

23  Dated: _January 14, 2010_____

24                                        _____
                                          UNITED STATES DISTRICT JUDGE
25                                        JAMES LARSON

26

27

28

---

**STIPULATION AND ORDER VACATING CASE**                  2.                          **Case No. CV-08-3756 JL**
**MANAGEMENT CONFERENCE**