| | |
|---|---|
| 1 | R. BRIAN DIXON, Bar No. 076247 |
| | LAURA E. HAYWARD, Bar. No. 204014 |
| 2 | LITTLER MENDELSON |
| | A Professional Corporation |
| 3 | 650 California Street, 20th Floor |
| | San Francisco, CA 94108.2693 |
| 4 | Telephone:   415.433.1940 |
| 5 | Attorneys for Defendant |
| | DHL EXPRESS (USA) INC. |
| 6 | |
| 7 | STEPHEN B. MORRIS, Bar No. 126192 |
| | MORRIS AND ASSOCIATES |
| | 444 West C Street, Suite 300 |
| 8 | San Diego, CA 92101 |
| | Telephone:   619.239.1300 |
| 9 | |
| 10 | WALTER HAINES, Bar No. 71075 |
| | UNITED EMPLOYEES LAW GROUP, P.C. |
| | 65 Pine Avenue #312 |
| 11 | Long Beach, CA 90802 |
| | Telephone:   877.696.8378 |
| 12 | |
| 13 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16 | RICHARD HOM, an individual on behalf of himself and JUSTIN KELLEY, an individual on behalf of himself and on behalf of all persons similarly situated, | Case No. CV-08-3756 JL |
| 17 | | **STIPULATION AND ~~PROPOSED~~ ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| 18 | | |
| 19 | Plaintiffs, | Date:   January 20, 2010 |
| 20 | v. | Time:   10:30 a.m. |
| 21 | DHL EXPRESS (USA), INC., an Ohio corporation conducting business in the State of California, and DOES 1 through 10, | |
| 22 | | |
| 23 | Defendants. | |

STIPULATION AND ORDER VACATING CASE
MANAGEMENT CONFERENCE                                                                         Case No. CV-08-3756 JL

Plaintiffs Richard Hom and Justin Kelley ("Plaintiffs") and Defendant DHL Express (USA) Inc., ("Defendant") (the "Parties") submit this Stipulation and Proposed Order Vacating Case Management Conference set for January 20, 2010 at 10:30 a.m. before Judge James Larson.

The Court has approved the parties Joint Motion for Preliminary Approval of Class Action Settlement and has set a final approval hearing for April 14, 2010 at 9:30 a.m. The parties are currently carrying out their respective duties under the settlement agreement and do not believe a case management conference is necessary at this time. As a result, the parties hereby request that the case management conference set for January 20, 2010 be vacated.

Dated: January 13, 2010

STEPHEN B. MORRIS
MORRIS AND ASSOCIATES
Attorneys for Plaintiffs

Dated: January 13, 2010

R. BRIAN DIXON
LAURA E. HAYWARD
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
DHL EXPRESS (USA) INC.

IT IS SO ORDERED.

Dated: January 14, 2010

UNITED STATES DISTRICT JUDGE
JAMES LARSON